In the Matter of the Application of ETHEL PALETZ, as Assignee of THE GERLACH-BARKLOW COMPANY, Appellant, for a Mandamus Order against IRA E. RIKER, as Clerk of the Municipal Court of the City of New York, Borough of Queens, Fourth District, Respondent.— Proceeding in the nature of mandamus, contemplated by article 78 of the Civil Practice Act, instituted by petitioner, to procure an order directing the respondent, clerk of the Municipal Court of the City of New York, Borough of Queens, Fourth District, to enter a default judgment in an action wherein service of the summons was not personally made upon the defendants therein, but through substituted service thereof. Order denying petitioner's application unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Petition of JEANETTE SPEAR, Respondent, v. LOUIS SPEAR, Appellant.— Order of the Domestic Relations Court of the City of New York (Family Court), Kings County, directing the appellant to pay ten dollars a week for the support of the petitioner, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.